UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re

INDU CRAFT, INC.,

                Debtor.

----------------------------------------------------------X

Chapter 11

Case No. 97-B-44958 (RDD)

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE**, that pursuant to the Federal Rules of Bankruptcy Procedure 8002(a), Tze Wung Consultants, Ltd. ("Appellant"), hereby appeals to the United States District Court for the Southern District of New York from the Order of the Honorable Robert D. Drain, United States Bankruptcy Judge, dated August 15, 2007, and entered on August 16, 2007 Denying Relief Requested in Application of Tze Wung Consultants, Ltd., Application of Trendi Sportswear, Inc., Joinder of ANZ Sales, Inc. in Support of the Tze Wung Application, and Application of Indu Craft, Inc. to Clarify the Effect of the Plan of Reorganization, to Vacate Injunction Provisions of the Plan and/or Temporarily Suspend the Discharge Provisions of the Plan and Order Confirming the Plan.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**Appellant:**

*Attorneys for the Tze Wung Consultants, Ltd.*
Jaspan Schlesinger Hoffman LLP
Attn:  Joel Lewittes, Esq.
300 Garden City Plaza
Garden City, New York 11530
Tel:  (516) 746-8000

**Appellees:**

*Attorney for Bank of Baroda*
Greenberg Traurig, LLP
200 Park Avenue
New York, N.Y. 10166
Tel:  (212) 801-9200

**Other Interested Parties:**

*Attorneys for Indu Craft, Inc.*
Joel M. Shafferman, Esq.
Law Offices of Joel M. Shafferman, LLC
350 Fifth Avenue, Suite 2723
New York, N.Y. 10118
Tel:  (212) 509-1802

*ANZ Sales, Inc.*
Hoshovsky Law Firm
33 West 19th Street, Suite 307
New York, N.Y. 10011
Serhiy Hoshovsky, Esq.
Tel:  (646) 619-1123

*Trendi Sportswear*
Chittur & Associates, P.C.
286 Madison Avenue, Suite 1100
New York, N.Y. 10017
Krishnan Chittur, Esq.
Tel: (212) 370-0447

Office of United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Tracy H. Davis, Esq.
(212) 510-0500

Dated: Garden City, New York
August 31, 2007

JASPAN SCHLESINGER HOFFMAN LLP
Attorneys for Appellant,
Tze Wung Consultants Ltd.

By:    s/Joel Lewittes
       Joel Lewittes, Esq. (JL-6576)
       300 Garden City Plaza
       Garden City, New York 11530
       (516) 746-8000